# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| BRYANT JAY HOWELL | ) Case No: 5:04CR43-1 |
| | ) USM No: 19736-058 |
| Date of Previous Judgment: April 18, 2005 | ) Victoria Jayne |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❒ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __131__ months **is reduced to** __120 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __38__           Amended Offense Level: __36__
Criminal History Category: __II__        Criminal History Category: __II__
Previous Guideline Range: __262__ to __327__ months    Amended Guideline Range: __210__ to __262__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): The previous term of imprisonment imposed represented 50% of the low-end of the applicable guideline range after the defendant received a Rule 35 reduction on August 20, 2007; however, further reductions are limited by the statutorily required minimum sentence as there was no waiver under 3553(e) granted. Therefore, the sentence is reduced to the mandatory statutory minimum of 10 years (120 months) rather than 105 months.

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __April 18, 2005,__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __September 4, 2009__

Effective Date: __September 4, 2009__
(if different from order date)

Richard L. Voorhees
United States District Judge